**GROSSE, K.**

v.

**GRANITE STATE INS. CO.**

**1604 EDA 2016**

Superior Court of Pennsylvania.

06/13/2017

No. 15–01708 (Montgomery)

Quashed

■

**COM.**

v.

**DAVIS, H.**

**1717 EDA 2016**

Superior Court of Pennsylvania.

06/13/2017

CP–51–CR–0016582–2008 (Philadelphia)

Affirmed

■

**COM.**

v.

**CLARK, M.**

**1977 EDA 2016**

Superior Court of Pennsylvania.

06/13/2017

CP–45–CR–0000892–2015 (Monroe)

Affirmed/Reversed

■

**COM.**

v.

**MACK, D.**

**2006 EDA 2016**

Superior Court of Pennsylvania.

06/13/2017

CP–45–CR–0002402–2014

(Monroe)

Affirmed/Reversed

■

**COM.**

v.

**BROWN, D.**

**2116 EDA 2016**

Superior Court of Pennsylvania.

06/13/2017

CP–51–CR–0208571–2005

(Philadelphia)

Affirmed